AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Marion Smith,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-150, CR407-288,

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/15/16, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying Petitioner 28 U.S.C. 2255.

9/15/16
Date

Scott E. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03